UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00245-M-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | NOTICE OF SUBSTITUTION |
| KOREY J. MCLEAN<br>ANESHA STEPHENS | ) ) ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and that Julie A. Childress be removed from the court's docket as counsel for the Government.

Respectfully submitted, this the 23rd day of September 2025.

        W. ELLIS BOYLE
        Acting United States Attorney

BY:   */s/ Ashley J. Avera*
        ASHLEY J. AVERA
        Assistant United States Attorney
        Criminal Division
        150 Fayetteville Street, Ste. 2100
        Raleigh, NC 27601
        Telephone: 919-856-4292
        Fax: 919-856-4487
        Email: Ashley.Avera@usdoj.gov
        PA State Bar No. 330835

CERTIFICATE OF SERVICE

      This is to certify that I have this the 23rd day of September 2025, served a copy of the foregoing Government's Notice of Substitution upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record.

Neil Wallace Morrison
916 East Street #367
Pittsboro, NC 27312
252-902-4936
Email: neil@neilmorrisonlaw.com

Dhamian A. Blue
Blue LLP
205 Fayetteville St., Suite 300
Raleigh, NC 27601
919-833-1931
Fax: 919-833-8009
Email: dab@bluellp.com

                                  BY:   */s/ Ashley J. Avera*
                                            ASHLEY J. AVERA
                                            Assistant United States Attorney
                                            Criminal Division
                                            150 Fayetteville Street, Ste. 2100
                                            Raleigh, NC 27601
                                            Telephone: 919-856-4292
                                            Fax: 919-856-4487
                                            Email: Ashley.Avera@usdoj.gov
                                            PA State Bar No.   330835